# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT BOSCH LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-574-LPS-CJB |
| | ) |
| ALBEREE PRODUCTS, INC., | ) **JURY TRIAL DEMANDED** |
| API KOREA CO., LTD., and | ) |
| SAVER AUTOMOTIVE PRODUCTS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| ROBERT BOSCH LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 14-142-LPS |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| ALBEREE PRODUCTS, INC., | ) |
| API KOREA CO., LTD., and | ) |
| SAVER AUTOMOTIVE PRODUCTS, INC. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on August 29, 2014, upon the following attorneys of record as indicated below:

PLAINTIFF ROBERT BOSCH LLC'S INITIAL DISCLOSURES

**VIA ELECTRONIC MAIL**

Sean T. O'Kelly
O'Kelly, Ernst, Bielli & Wallen, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801
sokelly@oebwlegal.com

Robert J. Kenney
Michael B. Marion
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747
rjk@bskb.com
mbm@bskb.com

2

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL: | By: */s/ David E. Moore* |
|  | Richard L. Horwitz (#2246) |
| Mark A. Hannemann | David E. Moore (#3983) |
| Jeffrey S. Ginsberg | Hercules Plaza, 6th Floor |
| Ksenia Takhistova | 1313 N. Market Street |
| Rose Cordero Prey | Wilmington, DE  19801 |
| KENYON & KENYON LLP | Tel:  (302) 984-6000 |
| One Broadway | rhorwitz@potteranderson.com |
| New York, NY 10004 | dmoore@potteranderson.com |
| Tel.: (212) 425-7200 |  |
|  | *Attorneys for Plaintiff Robert Bosch LLC* |

Dated:  August 29, 2014
1164319/ 39026

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 29, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 29, 2014, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Sean T. O'Kelly | Robert J. Kenney |
| O'Kelly, Ernst, Bielli & Wallen, LLC | Michael B. Marion |
| 1000 N. West Street, Suite 1200 | Quentin R. Corrie |
| Wilmington, DE 19801 | Birch, Stewart, Kolasch & Birch, LLP |
| sokelly@oebwlegal.com | 8110 Gatehouse Road, Suite 100 East |
| | Falls Church, VA 22040-0747 |
| | rjk@bskb.com |
| | mbm@bskb.com |
| | qrc@bskb.com |
| | mailroom@bskb.com |

By:   */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Erich W. Struble
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
estruble@potteranderson.com

1062777 / 39026